IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRUCE MITCHELL )
AND ANGELA MITCHELL, )
    Plaintiffs, )
V )Civil Action No. CIV-24-232-HE
RV RETAILER OKLAHOME, LLC )
D/B/A FLOYDS RECREATIONAL )
VEHICLES )
AND ALLIANT CREDIT UNION, )
    Defendants. )

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**Pursuant to LCvR83.5,** M. Kathi Rawls and Minal Gahlot of Rawls Gahlot, PLLC ("Movants") respectfully move that the Court ender an Order allowing them and the firm Rawls Gahlot, PLLC, to withdraw as counsel of record for the Plaintiffs. In support of this motion, Counsel shows as follows:

1. M. Kathi Rawls and Minal Gahlot (hereafter "Movant") were retained by the Plaintiffs to represent them in the Oklahoma County Court, prior to its removal. [Doc. No. 1-1]

2. Since such time, Plaintiffs have asked the Movants to withdraw as counsel of record as they intend to represent themselves *pro se,* both in arbitration and in this Court.

3. Movants request the Court allow their withdrawal so that Plaintiff may proceed with the case *Pro Se*.

4. Movants certify that they have communicated with Plaintiff regarding

1

the present request for withdrawal. Movants will provide a copy of this motion and any order of the Court to Plaintiff pursuant to LCvR 83.5.

5. Movants have also advised Defendants of their intent to withdraw, and Defendants do not object to this application.

6. As a result of the foregoing, Movants respectfully submit that good cause exists for Movants to withdraw as counsel of record in this matter.

7. A proposed Order is submitted herewith.

**WHEREFORE**, Movants respectfully request this Court allow them and Rawls Gahlot, PLLC to withdraw as counsel of record herein for Plaintiff.

                              **Respectfully Submitted,**

                              s/Minal Gahlot
                              M. Kathi Rawls, OBA #18814
                              Minal Gahlot, OBA 22145
                              Rawls Gahlot, PLLC
                              2404 S. Broadway
                              Moore, Ok 73160
                              Phone: 405-912-3225
                              Email: kathi@rawlsgahlot.com
                              Email: minal@rawlsgahlot.com

## CERTIFICATE OF SERVICE

This is to certify that on April 25, 2024 a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Randall Calvert, OBA #14154
Mary B. Abernathy, OBA # 13254
Andrew R. Davis, OBA # 32763
1041 NW Grand Boulevard
Oklahoma City, Oklahoma 73118
Tel: (405) 848-5000
Fax: (405) 848-5052
rcalvert@calvertlaw.com
mabernathy@calvertlaw.com
adavis@calvertlaw.com
ATTORNEYS FOR DEFENDANTS Attorneys for Defendants


This is to certify that on April 24th, 2024, a true and correct copy of the foregoing instrument was transmitted via e-mail and U.S. Mail to the following:

Bruce and Angela Mitchell
2409 E 11 St
Apt A
Cheyenne, Wyoming  82001
208-440-0589
Email:  b.a.mitchell00@aol.com


                                                              *s/ Minal Gahlot*